**In re R & S TRADING COMPANY, INC.**

No. 2007–1412.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2008.

Mark Garscia, Christie, Parker & Hale, LLP, of Pasadena, California, argued for appellants. With him on the brief was Deidra D. Ritcherson.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief was Stephen Walsh, Acting Solicitor, and Shannon M. Hansen, Associate Solicitor.

Before LOURIE, SCHALL and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.